■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LESHAWN CLINKSCALES, Appellant. [49 NYS3d 889]—

Judgment, Supreme Court, Bronx County (Steven L. Barrett, J.), rendered March 9, 2012, as amended March 28, 2012, convicting defendant, upon his plea of guilty, of attempted criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to a term of four years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of his right to appeal, we find, after our in camera view of the sealed search warrant and accompanying materials, that the warrant was supported by probable cause and that the confidential materials cannot be redacted sufficiently to protect the identity of an informant (*see People v Castillo*, 80 NY2d 578 [1992]).

We perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Andrias, Moskowitz, Kahn and Gesmer, JJ.